UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:04-cv-1741-DFH-WTL |
| v. ) | |
| ) | |
| APPALACHIAN RAILCAR SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

The court has today ruled on the parties' cross-motions for summary judgment and grants Appalachian Railcar Services, Inc.'s motion. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff CSX Transportation, Inc. take nothing by its complaint against defendant Appalachian Railcar Services, Inc., and that this action is DISMISSED WITH PREJUDICE, with costs to defendant.

Date:  August 7, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-2-

Copies to:

Jeffrey D. Cohen
KEENAN COHEN & HOWARD PC
jcohen@freightlaw.net

Shannon McClellan Cohen
SCOPELITIS GARVIN LIGHT & HANSON
scohen@scopelitis.com

Frank J. Deveau
SOMMER BARNARD ATTORNEYS, PC
fdeveau@sommerbarnard.com

Charles L. Howard
KEENAN COHEN & HOWARD PC
choward@freightlaw.net

Paul D. Keenan
KEENAN COHEN & HOWARD PC
pkeenan@freightlaw.net

Peter Jon Prettyman
SOMMER BARNARD ATTORNEYS, PC
pprettyman@sommerbarnard.com

Brad R. Sugarman
SOMMER BARNARD ATTORNEYS, PC
bsugarman@sommerbarnard.com